# VERIFICATION

STATE OF ARIZONA    )
                    ) ss:
COUNTY OF PIMA      )

Vincent Gulino, being first duly sworn, upon his oath deposes and says:

1. That he is a Member of the Plaintiff limited liability company in the above-entitled action;

2. That he has read the foregoing Verified Complaint; and

3. That the information and statements contained herein are true to the best of his knowledge, except for those matters alleged on information and belief, and as to those matters, he believes them to be true.

_____
Vincent Gulino

SUBSCRIBED AND SWORN TO before me this 30th day of January, 2012, by Vincent Gulino.

_____
Edwina D. Campbell
Notary Public

My Commission Expires:

10/18/12

*Official Seal*
*NOTARY PUBLIC*
*STATE OF ARIZONA*
*County of Pima*
*EDWINA D. CAMPBELL*
*My Commission Expires October 18, 2012*

DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

Case Name; Case No. _____
I:\FILES\DOCS\GULI01\120075\FORM\M77365.DOC

9

Page 9 of 9