# VERIFICATION

STATE OF ARIZONA   )
                   ) ss:
COUNTY OF PIMA     )

Vincent Gulino, being first duly sworn, upon his oath deposes and says:

1. That he is a Member of the Plaintiff limited liability company in the above-entitled action;

2. That he has read the foregoing First Amended Verified Complaint; and

3. That the information and statements contained herein are true to the best of his knowledge, except for those matters alleged on information and belief, and as to those matters, he believes them to be true.

_____
Vincent Gulino

SUBSCRIBED AND SWORN TO before me this 14th day of February, 2012, by Vincent Gulino.

_____
Notary Public

My Commission Expires:

Official Seal
NOTARY PUBLIC
STATE OF ARIZONA
County of Pima
EDWINA D. CAMPBELL
My Commission Expires October 18, 2012

Case Name; Case No. _____
I:\FILES\DOCS\GULI01\120075\FORM\M99330.DOC                16                                Page 16 of 16

DECONCINI McDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300