# Azotic Coating Technology, Inc.

921 37th Ave NW  Rochester, MN 55901 Tel: 507-280-6763  Fax: 507-280-0260

## DRUSY GEMSTONES

Drusy has entered the jewelry mainstream after years of being a fringe gemstone.  This year many designers are looking to incorporate Drusy as part of their fall line-up of gemstones.

Azotic began enhancing Drusy using our patented Mystic Fire® processes way back in the 20th century for the old time pioneers of Drusy cutting (Starborn, Rare Earth, Gems by Genovese, Horizon, and Sunwest to name a few).  Initially a large order of drusy was 75 to 100 pieces of a certain color because the cutting and polishing was done by the same individual that hand picked the rough from sources around the world.  Today, an order for a single color will run into the thousands of pieces and the rough is shipped by the container to cutting factories in Asia.  The rough is, sorted, cut and polished into the finished Drusy shape on an assembly line resulting in some good, some not so good and some bad drusy.

Because of the increased demand for enhanced Drusy, companies in India, China and around Asia have seen an opportunity to begin producing many of the colors by Azotic using Azotic® patented processes.  Many of these knock-offs start with the poor quality Drusy and add an inferior enhancement (lack of quality equipment and/or expertise).  The result is a substantial amount of low cost, poor quality gemstone that, unfortunately, are giving Drusy a bad name in the market.  Customers like the look, color, quality, and cost of the high quality drusy manufactured using the patented high quality processes of Azotic.  Using non-Azotic® low quality Drusy maybe cheaper in the short term, but what you may get is a cheap, poor quality jewelry piece that reduce customer satisfaction and potentially affect sales in the future.

Azotic® Patents and Trademarks provide protection under United States patent and trademark law making it illegal for any other persons or companies to import and/or sell gemstones using Azotic® patented intellectual property or Azotic® trademarks.  Azotic has five gemstone patents and hundreds of registered (®) or implied (™) Trademarks.  Having a signed contract with an Asian or India company stating that they are liable for any legal issues is an agreement between you and that company.  Any person or company that imports or sells an item in the United States or U.S. territories' is responsible for complying with U.S. Patent law.  Azotic believes that responsible individuals and companies follow the law, and after understanding the situation, they will choose the legal product rather than the poorer quality illegal gemstones.  Azotic does protect its intellectual property, and have had to resort to legal action five times over the last 10 years.  In all actions Azotic's® intellectual property prevailed stopping the violations and awarding damages to Azotic.  Beginning in December 2011, Azotic will commence reviewing retail outlets for compliance.

The following information is provided to educate retail companies, wholesalers and the buyers representing these companies.

1

Azotic has a number of patents on enhancement of gemstone materials. A product that is created in whole or in part by using one of Azotic's® patented processes cannot legally be imported, used or sold by some other company other than Azotic even if additional processing is done to complete the product, the violation of a patent is still valid. Therefore any products that are patented, cannot be manufactured, used or sold in the country were the patent is issued without authorization from the owner of the patent.

Further, Trademarks can not be used to confuse the customer into buying something that is not as claimed by the Trademark. An example of this is the term "Mystic®" when used with gemstones. Azotic owns a registered Trademark for "Mystic®" in regards to gemstones. The term "Mystic®" can be used for other products such as cosmetics, food, paint, hotels, lakes, bands, etc. But can not be legally used for any gemstone or jewelry with gemstones as part of the item because this would confuse the customer into thinking they are buying a "Mystic®" product enhanced by Azotic when they are not. These Trademarks can only be applied to gemstones manufactured by Azotic®.

Below is a list of patent claims that cover many aspects of enhanced Drusy. If it looks like an Azotic® Drusy, but not purchased from Azotic through our distributors, then it most likely violates one or more of the following claims since the coloration is not able to be created by other processes. Just because a salesman in India or China tells you it does not violate Azotic patents and is willing to sign a contract to that effect **does not** absolve your company's responsibility to be diligent or discharge any liabilities to Azotic.

Patent 5,853,826:
Claim number
1. A method for enhancing optical properties of a decorative object being composed primarily of a transparent or translucent substrate comprising the step of vapor-coat a part of the surface of the substrate with a first layer of a first coating material at low temperature, wherein the color of light reflected from the decorative object to a viewer changes with an angle of observation.
4. The method according to claim 1, further comprising the step of coating the surface of the substrate at a low temperature with a second layer of a material different from a first coating material.
7. The method according to claim 1, wherein the coating imparts a dichroic coating to the surface of the substrate.
9. A decorative object comprising a transparent or translucent substrate wherein a part of the surface of the substrate is vapor-coated with a fist layer of material, wherein the color of light reflected from the decorative object when viewed from one angle changes to another color when viewed from a different angle.
12. The decorative object according to claim 9, further comprising a second layer of material coated on the first layer of material.
15. The decorative object according to claim 9, wherein the surface of the substrate has a dichroic coating.

Patent 6,997,014
Claim number
1. A gemstone having a body with a pavilion bearing a coating that serves as an absorber of certain visible radiation frequencies to provide color so as to impart in the

2

gemstone a desired uniform body color that does not substantially change in hue when viewed at different angles of observation, wherein said coating is a discrete coating on the gemstone such that the body of the gemstone is substantially free of diffused material from said coating, said coating being born only on the pavilion of the gemstone, wherein the pavilion of the gemstone defines a culet and coating has a thickness that is greatest adjacent the culet and becomes generally thinner with increasing distance from the culet, said coating including a high absorption layer of film that is highly absorptive of visible radiation such that the desired uniform body color is imparted in the gemstone.

2. The gemstone of claim 1 wherein the high absorption layer comprises both a   the dielectric carrier material is a compound comprising a first metal, and the highly absorptive dopant comprises a second metal, said first and second metals being different.

Azotic believes Drusy gemstones are covered by a minimum of eight Azotic patent claims from two of the five active patents.  Azotic recommends that any company thinking about using Drusy not enhanced by Azotic contact an experienced patent attorney for review.  Azotic is happy to provide our opinion if a sample is provided for review.  Legal action will not be taken based on the results of the sample review.  However, if determined to be illegal Azotic will request termination of use.  Patent 5,853,826 covers multicolor applications while Patent 6,997,014 covers coatings that display only one color such as a metal coating (gold, silver, etc).

Azotic does not sell direct, we sell only wholesale through our network of wholesale gemstone distributors.  Please contact your authorized Azotic wholesale distributor for additional information, pricing and scheduling.

If you do not have an authorized wholesale distributor contact info@azotic.us for a contact name.

If you have questions about a distributor or a product being an Azotic enhanced product also contact info@azotic.us .

September 16, 2011