

**AZ CORPORATION COMMISSION FILED**

JUL 07 2011

FILE NO. L-1692135-0

## ARTICLES OF ORGANIZATION

## OF

## SOUTHERN SKIES OPAL, LLC.

1. The name of this limited liability company is: SOUTHERN SKIES OPAL, LLC.

2. This limited liability company is organized for real estate investments and to transact any and all lawful business for which a limited liability company may be organized under Arizona law.

3. The address of the registered office is 24 Tubac Road, Tubac, AZ 85640 and the name and business address of the agent for service of process is: Terry Boys Smith, Esq. 2440 N. Litchfield Road, Suite 200, Goodyear, Arizona 85395.

4. Management of this limited liability company is subject to the Operating Agreement and is reserved to the following members, whose names and addresses are as follows:

| Vincent Gulino | John Green & Cheryl Taylor[*] | Robert Olknick |
|---|---|---|
| P.O. Box 2721 | P.O. Box 275 | P.O. Box 1916 |
| Tubac, Arizona 85646 | Arivaca, Arizona 85601 | Tubac, Arizona 85646 |

5. There are four members of this limited liability company at the time of formation specifically Robert Olknick, 33 1/3rd % Member, Vincent Gulino, 33 1/3rd % Member, and as to Cheryl Taylor and John Green they share 33 1/3rd % Membership as joint tenancy with right of survivorship.

DATED this 1st day of May, 2011

Robert Olknick, Member
P.O. Box 1916
Tubac, AZ 85646

Vincent Gulino, Member
P.O. Box 2721
Tubac, AZ 85646

John Green, Member
P.O. Box 275
Arivaca, AZ 85001

Cheryl Taylor, Member
P.O. Box 275
Arivaca, AZ 85001

---

[*] Held as joint tenancy with right of survivorship

## ACCEPTANCE BY STATUTORY AGENT

I, Terry Bays-Smith, having been designated as statutory agent of SOUTHERN SKIES OPAL, LLC, an Arizona limited liability company, do hereby accept said position.

DATED this ___1st___ day of May, 2011.

*[signature: Terry Smith]*

Terry Bays-Smith
2448 N. Litchfield Road, Suite 280
Goodyear, Arizona 85395

Az. Corp. Commission



03590842

SOUTHERN SKIES OPAL, LLC

Articles of Organization
Reference/PO #    L-1692135-0
06



PO BOX 194
Phoenix, Arizona 85001-0194
(602) 444-7315 FAX (602) 444-7364

STATE OF ARIZONA     }
COUNTY OF MARICOPA   } SS.

Melissa Hoekstra, being first duly sworn, upon oath deposes and says: That she is the Legal Ad Rep of the Arizona Business Gazette, a newspaper of general circulation in the county of Maricopa, State of Arizona, published weekly at Phoenix, Arizona, and that the copy hereto attached is a true copy of the advertisement published in the said paper on the dates indicated.

7/28/2011
8/4/2011
8/11/2011

RECEIVED
AUG 16 2011
ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

Sworn to before me this
11TH day of
AUGUST       2011



MARK GILMORE
Notary Public - Arizona
Maricopa County
My Comm. Expires Aug 1, 2015

Notary Public