HELLO DEBBIE,

PLEASE FIND A CHECK FOR $2000.00 TOWARD MY TUCSON BALANCE, I HAVENT RECIEVED THE BILL YET BUT IM SENDING THIS CHECK ALONG WITH SOME STONES THAT I NEED COATED. SINCE TUCSON, WHICH WAS OK FOR ME DUE TO THE FACT THAT IM LOSING ALOT OF BUSINESS TO ARNE (STARBORN) AND ERNIE (SUNWEST SILVER) BECAUSE THEY HAVE WAY BETTER PRICES THAN ME AND ALMOST EVERYONE IS GOING THERE OR TO THEM BECAUSE OF THEIR LOW PRICES. THIS HAS LED ME TO "LIFE CHANGING SOLUTION", IM GOING TO HAVE MY STONES MADE OUT OF COUNTRY AS THEY DO TO ATTEMPT TO COMPETE WITH THEM. THEY DON'T HAVE THE QUALITY THAT I HAVE, I KNOW THAT, BUT PEOPLE DON'T SEEM TO CARE ANYMORE, EVERYONE ONLY CARES ABOUT THE PRICE TODAY. CABS IN GENERAL ARE A HARD SELL BECAUSE OF THE CRAZY PRICES OF SILVER AND GOLD. IM GOING TO BE WORKING WITH STONES THAT ARE DRILLED, I SEEM TO HAVE ALOT OF INTEREST IN "DRILLED MATERIALS". SINCE THE TUCSON SHOW, I'VE BEEN IN BRAZIL AND MEXICO BUILDING THIS NEW

WAY OF DOING BUSINESS FOR THE FUTURE. MEXICO FOR ME WAS A REAL CHALLENGE BECAUSE IN TEACHING THE CUTTER'S THERE HOW TO CUT THE "NEW ARIZONA OPAL" THAT WAS DISCOVERED IN ARIZONA 2 YEARS AGO AND A COMPANY HIRED ME TO BUILD THEIR COMPANY THERE IN NOGALES. I STAY WITH MY FRIEND VINCENT, HE'S A PARTNER IN THE COMPANY, THEY PAY ALL MY EXPENSES THANK GOD AND I HAVE A PERCENTAGE OF THE TAKE OF THE PROFITS WHEN WE GET ROLLING, UNDER CONTRACT OF COURSE.

AS FOR THE DRUSY, I STILL DON'T FEEL CONFIDENT TO PUT MY DRUSY ROUGH IN THEIR HANDS, THEY ARE JUST STARTING OUT, THAT WILL COME IN TIME.

AS FOR BRAZIL, THAT'S A WHOLE OTHER STORY. IN MY SEARCH FOR BRAZILIAN CUTTERS I'VE COME ACROSS A FEW PEOPLE AND COMPANIES THAT ARE MORE THAN UP TO THE TASK. THEY HAVE ALREADY BEGUN WORKING ON MY ROUGH AND NEW DESIGNS. I WILL BE GOING THERE

ON THURSDAY FOR 2 WEEKS TO WORK IN A FACTORY IN THE SOUTH, THE WORK IS NOT PERFECT BUT THE COST IS CHEAP AND THEY'VE EXTENDED ME CREDIT SO I CAN COMPETE, THAT'S A BLESSING IN ITSELF. MOST OF TRUSI DOESN'T EVEN BELONG TO ME, IT BELONGS TO THEM, I WILL BE REPRESENTING THEM HERE IN THE USA, THIS IS NEW TO ME BUT A GREAT THING, I WILL BE ABLE TO LOWER MY PRICE HERE AND HOPEFULLY GET BACK SOME OF MY OLD ACCOUNTS AND ABSOLUTLY MAKE SOME NEW ONE'S, I ALREADY HAVE ORDERS. DON'T GET ME WRONG, I STILL HAVE PLENTY OF CUTTING TO DO HERE FOR MY ACCOUNTS AND THEY WILL BE NEEDING COATING SERVICES ESPECIALLY IN NEW YORK, N.Y. IS STILL GOING STRONG FOR ME, IT KEEPS ME ALIVE ALONG WITH THE GRACE OF GOD. I WILL BE SENDING YOU PAYMENTS EACH

Monta, I hope that's ok with you. I know my Tucson balance is a big one, at the moment all I can do is pay or send you what I can each month but as you know, I WILL pay my bills, I always do. I'm very busy at the moment getting stuff in the stores at the shore points here, summer is good with the tourists and all until November, then we have Christmas you can expect another check in June, I have a few things going on with Bill Horton in the Vegas show, yes you heard me, I'm doing business with him again, hey after all, forgiveness is a good thing.

Greg