E-Mail from Greg Genovese 01/23/12

Dear Debbie ,
Greg here , listen , sometime in the next 24 hours I'm going to write you and e mail , a LONG one , there's a lot of explaining to you and Ron about what is going on on in Brazil with the coated druzys there , I'm right smack dab in the middle of it , it's a place that I never thought that I would end up . I just got home from Brazil last night and you have been on my mind for the last 9 months , especially since Rosito , the owner of the factory and owner of 2 vapor deposition machines and soon to be 3 , showed me the letter that you and Ron have been circulating around .
Listen Debbie , I know how serious this is to you , believe me , I've been the victim of plagiarism my entire career as a lapidary artist , it's not fun and let me tell this , it's also insulting to be copied by everyone in the whole world . This is very difficult for me to talk about because when I say these words it appears as if I'm either looking for attention or that I have HUGE ego when it's neither one of those . When one takes a good hard look at most of "new drusy" designs that are out there today , along with the old ones , They came from ME , really , and a whole bunch of them were coated by you , no, ALL of them were coated by you up until now . I have been BLESSED by GOD to able to have done this in my life , there's no other explanation for it . I can only say this as a Christian and relay to you what I feel in my heart .
I really can't speak to many people this way because when I even mention the HIS name , GOD , people , or lets say , non-Christians get really weird on me , you , being a fellow Christian and Believer as I, and let me tell you , my partner Vincent ,who is an ordained Minister , is also a Believer , have certain obligations to follow such as the Word of GOD .

Yes this IS business but as Christians , we go about our lives differently and I felt that since I'm in the middle of all this , you MOST CERTAINLY deserve an expiation . Iv'e gotten quite a scientific education lately as to the workings of the whole VD process . Rosito IS very concerned too about you . There are 5 companies there in Brazil who are currently coating drusy , yes , it's true , including "Belapedra" , that's the name of his company . He had mentioned to me that he was willing to pay you a Royalty there in the USA if you could prove WITHOUT A DOUBT that he was violating your "intellectual property" but most of his business is not in the US , it's in Brazil and in Italy , I'm sure that know this by now , I know the people that are selling his products there in Italy also . What my concern is is this , it's Vincent and I who will be selling the coated stones here in the US that are manufactured there in Brazil , we have many in our inventory at the moment , it is US that will be giving you a Royalty here in the US if we are in violation of your "intellectual property " , we feel that you you deserve it and as Christians , we have the same Father and Christians don't usually take each other to court , you are THE LAST person in this world that I would want hurt for any reason , I want you to know that , with your help over these years , you have made it possible for me to make a living .

We have a booth at the Riverpark Inn , the "Old Pueblo" , booth # 117 -court pavilion , we're looking forward to seeing you there , in fact , I will have with me all the scientific data that was given to me by the man who actually built all of Rositos machines there in Sao Paulo , we can go out to dinner and talk things over if you like . Yes , we are small company at the moment but , who knows what the future holds . You will see that most of our coatings , 90% of them are in the precious metals , Platinum , 18k gold and 8k pink gold , the bulk of these colors are in my new "dtrusy jacket" line , it's what I've been working on there for the past 7 months . The other colors , blue , black , titanium (rainbow) and a weak SiO coating , no where near as strong as yours , is on the drusy beads that we have , in fact , a few months ago , when your letter arrived , after seeing it , I stopped using those  colors and only  used the precious metals in 97% of my production , after all , you don't do the precious metals any more and have not for some time , and in this business , in order to stay in business , one has to have something that NO ONE else has .Another fact , Bill Heher has been getting 95% of his drusy manufactured there at Rositos factory for that last 7 or 8 years , coating too . Rosito has been using coated stones in his jewelry line there for the last 5 years or longer , it's all documented . Rosito is a "costume jewelry" manufacturer who has one of the most sophisticated operations that I've ever seen in my life , he makes 70,000 pieces of jewelry a month , Bill Heher and I are the ONLY Americans that I know of who use his products here in the US .

As for the money that I've owed you forever , I am sorry , very sorry that about this , I also owe the drusy rough company twice that for the same period of time and I owe Rosito even more , you don't want to know . I could and wanted too pay you before the end of the year but could not , Jeff made a big purchase with me in back in December but I'm STILL waiting to be paid in full . I could have paid you but I'm still waiting for him and other clients , not only Jeff , to pay me , all the money will be there at the show and soon after , I will more than glad to pay my bill in full . Also Debbie , with this new line we have will be offering colors in it that only you have and we will be using those colors in the line , I have NO DOUBT that this will take off especially with the networks but we want to have ALL our cards in order when they approach us ,I repeat , we DO NOT want any problems with you and Ron and we need to talk , I'm sure at this point that you know this .

Wow , I said in the beginning that I was going to do this later but ended up doing it now . I wanted to this late at night because of the interruptions here during the day mainly the phone but what the heck . Fell free to call me at any time , I will not be getting much sleep in the next two days m I'm here pricing lots of stones for the show and I will be leaving he rte at 2:00am in the morning on Wed for Tucson . My cell is ... 608-369-9716 , it's the best way of reaching me if you want . Whatever happens with all this I'm sure that the Lord will we'll see it through . Since I've become a Born Again Christian, it's been about 3 years , I didn't think that it was possible to depend on GOD in this way . After Amanda left me , which was totally my fault , I was very mean to her , no one knew this , I kept it a secret . I fell into a hole so deep , so depressing , I almost gave up . I never gave her a chance breath or to be herself , it was all about me , things that I didn't realize before , then Jesus came into my life , WOW , He lifted me out of this hole so high that the things that are happening to me lately , are only a testament of HIS LOVE and

COMPASSION for me , "I was blind , but now I see" another WOW . Amanda called me about a year ago and I began to see her again and the LOVE that we felt before grew even stronger now , she's left that guy where she was living with , got a steady job to support herself , which I prayed about for her , is going to school and learning English very well , want's become a US citizen , Has a wonderful little Angel that's two and a half years old named Allexia who grabs my finger and pulls me to the floor to color like my kids used to , their all grown now , she sits on my lap and watches cartoons like my granddaughter , who happens to be the same age , oh what fun that's going to be because I asked her to marry me again and she said are you kidding , "absolutely" ! So , I'm Blessed AGAIN to have the opportunity to raise another child , I LOVE KIDS , their pure innocence and love is a gift from above , Anyway , I'm ranting , and I'm Blessed and happy again .

Debbie , we'll sit down and I'll fill you in on all the details and we'll go from there . We want you to be a part of our success when it comes , and you will , in one way or another . Give me a call when you want .

BE BLESSED ,

Greg