Debbie to Greg 1-24 in response to e-mail from Greg

Reply to Whats Going On In Brazil

Debbie Kearnes to you and ggenovese - Jan 24More Details
Add to: To Do, Calendar

```
Dear Greg:

Thank you for the email and your telephone call.  We had a poor
connection.

You asked me how I felt and I guess I can return this same question to
you.  What if you were in our situation?  We have enhanced drusy
gemstones for you since 1994.  You have been our customer for many
years
and I regret that now we are on opposite sides.

We have no issues with the company you are associated with
manufacturing
the surface enhancements to drusy gemstones as long as these drusy
gemstones are not returned to the United States to be sold  either
individually or in jewelry settings.  You can manufacture as we do as
long as you respect the intellectual property rights of Azotic for
Surface Enhanced Designer Gemstones (TM).

It is not a matter of faith or being a Christian but doing what is
right
and legal.  As you know, Azotic has five patents and numerous
Registered Trademarks and Implied Trademarks.  Since we have the U. S.
Patents for Surface Enhancements for Designer Gemstones and  Drusy
Gemstones we have the technology that has created this market.  We are
not infringing on the rights of others.

Azotic will have to do what is necessary to protect our intellectual
property rights and in doing so regret that we may have to be on
opposite sides of persons we have had as customers in the past and who
we have considered not only a customer but a friend.  We do not wish to
cause any problems for you Greg or your associates, but in the U. S.
and
it territories we will have to act when the time comes for any
intellectual property or trademark infringements.

I am very happy that your life has turned around and that you have
accepted God.   It does not mean life will be easier, but you will have
peace of mind and the strength to live your life.

Ron and I will come by your booth in Tucson.  I hope that we can avoid
future litigation and the animosity this normally causes.

The money you have owed Azotic for some time, please pay this by the
first week of February.  Hopefully, you will have the money when we
come
by your booth and we will have this finalized.
```

Kind Regards,
Debbie