IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOUTHERN SKIES OPAL, LLC, an Arizona limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>AZOTIC COATING TECHNOLOGY, INC., a Minnesota corporation,<br><br>   Defendant. | No. CV-12-0073-CKJ<br><br>**ORDER** |

    Currently pending before the Court is Plaintiff's Unopposed Motion to Extend Deadlines for Plaintiff's Responses to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Doc. 20]. Having reviewed the same, IT IS HEREBY ORDERED that the motion [Doc. 20] is GRANTED. IT IS FURTHER ORDERED that Plaintiff shall file its Responses to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted on or before **July 2, 2012**.

    DATED this 6th day of June, 2012.

_____
Cindy K. Jorgenson
United States District Judge