DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000

Peter B. Goldman (AZ # 018011)
pgoldman@dmyl.com
Mark D. Lammers (AZ # 010335)
mlammers@dmyl.com
John C. E. Barrett (AZ # 022813)
jbarrett@dmyl.com
Attorneys for Plaintiff

## U.S. DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Southern Skies Opal, LLC, an Arizona limited liability company, | NO. 4:12-cv-00073-CKJ |
| Plaintiff, | |
| vs. | STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |
| Azotic Coating Technology, Inc., a Minnesota corporation, | |
| Defendant. | |

    The Parties respectfully submit this Stipulated Motion for Dismissal With Prejudice. The Parties have reached an amicable agreement and settled the lawsuit. Therefore they ask the Court to issue its Order dismissing this case with prejudice, with each party to bear their own attorneys' fees and costs.

    Respectfully submitted this 22nd day of June, 2012.

/ / / / /

/ / / / /

1     For the Court's convenience, a Proposed Form of Order is attached.

2   HAYES SOLOWAY, P.C.                     DECONCINI MCDONALD YETWIN & LACY, P.C.

4   /s/ Stephen Mosier                        /s/ Peter B. Goldman
Stephen Mosier                            Peter B. Goldman
Clark Proffitt                               Mark D. Lammers
4640 E. Skyline Drive                 John C. E. Barrett
Tucson, AZ 85718                      2525 E. Broadway Blvd., Suite 200
Attorneys for Defendant             Tucson, AZ 85716-5300
                                                Attorneys for Plaintiff

**Certificate of Service**

I certify that I electronically transmitted the Stipulated Motion for Dismissal With prejudice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and via first class mail and email, to the following:

Stephen B. Mosier           smosier@hayes-soloway.com
Clark Proffitt              cproffitt@hayes-soloway.com

Dated this 22nd day of June, 2012.

/s/   Edwina D. Campbell