IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOUTHERN SKIES OPAL, LLC, an Arizona limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>AZOTIC COATING TECHNOLOGY, INC., a Minnesota corporation,<br><br>  Defendant. | No. CV-12-0073-CKJ<br><br>**ORDER** |

Pursuant to stipulation by the Parties, IT IS HEREBY ORDERED that the above entitled action is DISMISSED WITH PREJUDICE, each side to bear their own attorneys' fees, costs and expenses.  IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.  **The Clerk of the Court shall close its file in this matter.**

DATED this 27th day of June, 2012.

_____
Cindy K. Jorgenson
United States District Judge